**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| GARY McMICKLE, on behalf of himself and others similarly situated, | * * * | |
| Plaintiff | * * | |
| VS. | * * | |
| ARKANSAS TELEPHONE COMPANY, on behalf of itself and a defendant class of rate-of-return rural telephone companies that received proceeds of redemption of shares of stock in the Rural Telephone Bank, | * * * * * * * | NO: 4:08CV00324   SWW |
| Defendant | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 3RD DAY OF APRIL, 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE